FILED ✓
RECEIVED
LODGED
COPY

NOV 2 3 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Richard Lee Richards #043000
Name and Prisoner Number/Alien Registration Number
Manzanita Yard Az State Prison
Place of Confinement
P.O. Box 24406
Mailing Address
Tucson Az 85734-4406
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Richard Lee Richards

(Full Name of Petitioner)

Petitioner,

vs.

Pannan   Days D.W, Az. State Prison

(Name of Warden, Jailor or authorized person
having custody of Petitioner)

Respondent.

CV15-0546 TUCJAS JR

CASE NO. _____
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN ~~FEDERAL~~ CUSTODY
Az. State

### PETITION

1. What are you challenging in this petition?
   - ☐ Immigration detention
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☒ Probation, parole or supervised release
   - ☐ Other (explain): _____

2. (a) Name and location of the agency or court that made the decision you are challenging: Arizona
   Board Of Executive Clemency

   (b) Case or opinion number: Richard L. Richards #043000   ~~9/23/15~~

   (c) Decision made by the agency or court: (See Attached)

   _____

**530**

(d)  Date of the decision: _____ 9/28/15 _____

3.   Did you appeal the decision to a higher agency or court?     Yes ☐    No ☒

If yes, answer the following:

(a)  First appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
    _____
    _____
    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____
    _____
    _____
    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____

_____

_____

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?         Yes ☐          No ☑

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.   For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

   **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** _VIOLATION OF DUE PROCESS_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

1~ My Parole was Violated. I Had A Dirty U.A. From Medication Given To Me For A Medical Condition

2~ The Board Denied Me Due Process Because It Sent Me To Prison Without Obtaining My Medical Records. I Have No Ability To Obtain Those Records. No Ability To Pay For Those Records. I Signed Medical Releases For Corizon Medical And Parole Board To Obtain Those Records.

3~ Corizon Refused To Give Board Those Records. Unless Board Requested Them. I Wrote Board And Told Them "See EX 4" I Wrote Board And Told Them "See EX 4"

4~ The Board Has The Constitutional Duty To Obtain Records That Show That An Individual Should Not Be Violated

5~ TASC Advised Respondent That A Positive Drug Test Must Be Confirmed By Second Test (See EX 2)

6~ Respondent Refused To Conduct Second Tests.

7 I Was On Prescribed Medications That Caused The Positive Result (See EX 6)   Att. Pages A

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☑   No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
A.D.O.C. Tells Me I Can Not Grieve This And I Can Not File A Rule 32. I Have No Available Remedies

## Att. Page 4-A

8- I Asked My Signed Releases For Board To Receive My My Medical Records On 8/21/15. They Refused (See Ex 3)

9- On 9/7/15 By Letter (See Ex4) I Advised The Board On They Had To Request Medical Records From Crizon Medical The Records Would Show I Was On Prescribed Medications

10- Board Diont Bother To Request Records And Violated Me. Imposing A 27 Month Sentence Because I Had No Records See Ex 1

11- By Ex 1 The Board Advised Me Their Decision Is Final.

12-A.D.O.C. Has By Ex5 Advised Me The Boards Decision Is Not Grievable

**GROUND TWO:** _Violation Of Article 2-3 A Inter_
_Civil And Political Rights_

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.)

1- Congress In 1992 Ratipoied ICCPR Stating "This Covenant Shall Be Implemented By The Federal Government To The Extent That It Exercises Judicial Jurisdiction — And Otherwise By The State And Local Governments 138 Cong. Rec. 54781 (Daily-Ed. April 2, 1992

2- The Federal Government In All Be Four Reports Files With UN Has B Stated Only "After" Domestic Were Put In Place, Was ICCPR Ratified Making ICCPR Self-Executing

3- The Remedy Used By Arizona To Violate Me Is Not Effective Within The Meaning Of Article 2-3 (A) ICCPR Because The Board Refused To Obtain My Records-Showing I Was Prescribed Medications

(b) Did you exhaust all available administrative remedies relating to Ground Two?      Yes ☑  No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☑ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
   _I Have Been Told By A.D.O.C. I Cannot Grieve This And I_
   _Cannot File A Rule 32. I Have No Available Remedies_

   _ICCPR Does Not Requrie Exhustion_

**GROUND THREE:** Violation of Artical 14.1 ICCPR

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

1. Artical 14.1 R ICCPR Requries All Persons Shall Be Equal Before the Court or Tribunals

2. I Have no Money to Buy the Necessary Medical Records to Show that I was on Prescribed Medications the Board Refused to Obtain the Necessary Records and Violated Me Because I had no Records

3. I was not Equal Before the Board with Those Able to Afford to Pay for their Medical Records

4. The Board Violated Artical 14.1 of ICCPR

(b) Did you exhaust all available administrative remedies relating to Ground Three?    Yes ☑    No ☐

(c) If yes, did you present the issue to:
☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

I have been told by ADOC. I cannot Grieve this and I cannot File a Rule 32. I have no Available Remedies ICCPR Does Not Require Exhaustion

**GROUND FOUR:** _____
_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?      Yes ☐    No ☐

(c)  If yes, did you present the issue to:
      ☐ The Board of Immigration Appeals
      ☐ The Office of General Counsel
      ☐ The Parole Commission
      ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
_____
_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.  Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐        No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a)  Have you filed a motion under 28 U.S.C. § 2255?          Yes ☐        No ☒

        If yes, answer the following:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Opinion or case number: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____
            _____
            _____
            _____
            _____

        **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b)  Explain why the remedy under § 2255 is inadequate or ineffective: _STATE PAROLE BOARD_
    _ISSUE_____
    _____
    _____
    _____

8.  If this case concerns immigration removal proceedings, answer the following:

    (a)  Date you were taken into immigration custody: _____

    (b)  Date of removal or reinstatement order: _____

    (c)  Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☐

        (1)  Date you filed: _____

        (2)  Case number: _____

    (3)  Result: _____

    (4)  Date of result: _____

    (5)  Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

  (d)  Did you file an appeal with the federal court of appeals?    Yes ☐    No ☐

    (1) Name of the court: _____

    (2) Date you filed: _____

    (3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.   Petitioner asks that the Court grant the following relief: DIRECT I BE GIVEN A NEW HEARING, AFTER THE PAROLE BOARD OBTAINS THE MEDICAL RECORDS. AND/OR REINSTATE MY PAROLE SO I CAN RECEIVE THE MEDICAL CARE I BADLY NEED

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

     I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____11/18/15_____ (month, day, year).

_____
**Signature of Petitioner**

_____    _____11/18/15_____
**Signature of attorney, if any**     **Date**

Douglas A. Ducey
**Governor**

Terry L. Adriance
**Executive Director**



Ellen Kirschbaum
**Chairman**

## ARIZONA BOARD OF EXECUTIVE CLEMENCY

October 23, 2015


Richard Richards
ASPC – Tucson/Manzanita
10000 S. Wilmot
Tucson, Arizona 85734-4400

Re: Inmate Revocation Hearing, September 28, 2015

Dear Inmate Richards:

The Arizona Board of Executive Clemency (AZBOEC) is in receipt of your correspondence dated September 29, 2015. It is understood that AZBOEC conducted your hearing on September 28, 2015 which resulted in your community supervision being revoked.

I have reviewed the audio recording and have confirmed the Board's discussion revolving your hospitalization and your explanation of specified drugs in your system. Without doctor documentation of authorized prescribed drugs, the Board could not nor can corroborate your circumstances. The Board's decision is final. It appears that you will be released January 12, 2018.

Sincerely,

Terry L. Adriance
Executive Director

1645 West Jefferson Street, Suite 101, Phoenix, Arizona 85007   Phone: (602) 542-5656 / Fax: (602) 542-5680
AMERICAN DISABILITY ACT: Persons with disabilities may request reasonable accommodations such as sign language interpreters.  Requests should be made as early as possible to allow time to arrange accommodation.

EXHIBIT 1

**TASC TOXICOLOGY LABORATORY**
2234 N. 7th Street, Phoenix, AZ 85006
Phone: (602) 254-7328
CLIA# 03D0938729 / CAP-LAP# 3201701
DIRECTOR: Dr. Gerald Clement, Ph.D

235947201 9,600,887.00

| | | | | |
|---|---|---|---|---|
| **DONOR NAME:** | RICHARDS, RICHARD L   043000 | | **CLIENT ID:** | ADOCT |
| **ACCESSION NUMBER:** | 9600887 | | **DONOR ID:** | 235947201 |
| **COLLECTION DATE:** | 07/15/15    14:40 | | **D.O.B.:** | '1960 |
| **RECEIVED DATE:** | 07/15/15 | | **TEST COLOR:** | LIME |
| **REPORT DATE:** | 07/16/15    06:21 | | | |
| **REFERRED BY:** | DEMBICKIE, ANDREW | | | |

TASC Random Testing Color Schedule for 7/15/2015: BLUE   BURGUNDY   COPPER   LIME   PEARL   SAGE

──────────────── SCREENING TESTS ────────────────

| TEST NAME | TEST RESULT | | CUTOFF LEVEL | METHODOLOGY | MEDIA |
|---|---|---|---|---|---|
| AMPHETAMINE | Negative | | 1000 NG/ML | EIA | URINE |
| COCAINE | | POSITIVE | 300 NG/ML | EIA | URINE |
| OPIATES | | POSITIVE | 2000 NG/ML | EIA | URINE |
| THC | Negative | | 50 NG/ML | EIA | URINE |

──────────────── URINE VALIDITY TESTS ────────────────

| TEST NAME | TEST RESULT / INTERPRETATION | ACCEPTABLE RANGE |
|---|---|---|
| SPECIFIC GRAVITY | 1.0211 | 1.0030 or greater |
| CREATININE | 215.1 | 20.0  mg/dL or greater |

*TASC recommends confirming all positive drug screens by GC/MS or LC/MC/MS analysis*

Certified By: PGUSTAF  7/16/2015 06:21:21

EXHIBIT 2

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Richards Kirinda C | 043302 | 8-14-15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5 B28 | Mojave 11 | 24402 | |

You are required to be tr... Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you a... ...rs, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la ver... . La falta de cooperaci... y cualquier abuso d... sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cui ado para usted y para otros y ...uede dar lugar a ...na acción disciplinaria (Use este formulario para describir un problema a la vez!)

## SECTION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other (specify)/Otros (específique)  **RECORDS**

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I Need Medical Records From TMC, Ju   UMC, St. Mary July Sent To The Board Of Executive Clemency Central Office. I Do Not Have A Date Yet So There Is Time. The Board Needs Those Records To Know The Truth About My Medical Problems And Meds I Was Prescribed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (específique) _____

Comments/Comentarios

Forwarded to Medical Records

D. Campos, LPN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8-19-15 | 2302 |

## SECTION IV

PLAN OF ACTION/PLAN DE ACCION

Records will be provided upon Board request ...

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8/21/15 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

EXHIBIT 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| RICHARDS RICHARD L | 043000 | TUCSON MANZANITA | 9/2/15 |

To: MEDICAL SUPERVISOR MARTINEZ    Location: MANZANITA

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MiaM Could You PLEASE! HAVE THE MEDICAL RECORDS I DID A REQUEST FOR IN JULY, SENT TO THE BOARD OF EXECUTIVE CLEMENCY BY 9-28-15 BEFORE, THE RECORD ARE FROM TMC IN JUNE MMC IN JULY ALSO ST. MARYS JULY, I NEED TO BOARD TO KNOW HOW SEVERE MY MEDICAL COUDITION IS. THEY NEED TO KNOW I NEED Hip REPLACEMENT AND BACK SURGERY. IF CORZION WILL NOT DO THOSE SURGERIES. COULD YOU PLEASE LET THE BOARD KNOW THAT. ALSO THE BOARD MUST HAVE THE RECORDS TO KNOW ALL THE MEDICATIONS I WAS ON. I WROTE CO IN MANTAS LAST MONTH AND AN DAYS AFTER WE LEFT AND DID NOT ANSWER, I ASKED FOR THEIR HELP GETTING RECORDS TO THE BOARD. WILL YOU PLEASE HELP ME GET THE RECORDS SENT TO CENTRAL OFFICE. BOARD OF EXECUTIVE CLEMENCY. MAYBE CORZION WILL ASK I BE RELEASED SO I CAN GET SURGERIES I NEED. I BROKE NO LAW OR RULE, NOR DO I HAVE NEW CHARGES Took MY OWN MEDS. IS WHY I am BACK

| Inmate Signature | Date |
|---|---|
| | 9/2/15 |

Have You Discussed This With Institution Staff?  ☑ Yes    No

If yes, give the staff member's name:   CO IN MANTAS. DR IN DAYS.

Distribution  Original - Master Record File
            Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| RICHARDS RICHARD L | 043000 | TUCSON MANZAVITA | 9/2/15 |

| To: MEDICAL SUPERVISER MARTINEZ | Location MANZAVER |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible

M'iAM Could You PLEASE! HAVE THE MEDICAL RECORDS I DID A REQUEST FOR IN July, SENT TO THE BOARD OF EXECUTIVE CLEMENCY BY 9-28-15 BEFORE, THE RECORD ARE FROM TMC IN JUNE MMC IN July Also St. MARYS July, I NEED TO BOARD TO KNOW HOW SEVERE MY MEDICAL CONDITION IS. THEY NEED TO KNOW I NEED Hip REPLAcement AND BACK SURGERY. IF Geno CORZION Will NOT Do THOSE SURGERIES, Could You PLEASE LET THE BOARD KNOW THAT, Also THE BOARD MUST HAVE THE RECORDS TO KNOW All THE MEDICATIONS I WAS ON. I WROTE CO IV MATTOS LAST MONTH AND D.W. DAYS AFTER HE LEFT AND DID NOT ANSWER, I ASKED FOR THEIR HELP GETTING RECORDS TO THE BOARD. Will You PLEASE HELP ME GET THE RECORDS SENT TO CENTRAL OFFICE. BOARD OF EXECUTIVE CLEMENCY, MAYBE CORZION Will ASK I BE RELEASED So I CAN GET SURGERY I NEED. I BROKE NO LAW OR RUL, NOR DO I HAVE NEW CHARGES. Took My OWN METRO IS WHY I Am Back

| Inmate Signature | Date 9/2/15 |
|---|---|

Have You Discussed This With Institution Staff? ☑ Yes    No

If yes, give the staff member's name:   CO IV MED Mattas. D. W. Days=

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**.Inmate Letter**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| RICHARDS R | 043005 | Tucson Manzanita | 8/23/15 |

| To: CO52 CO IV Mattos | Location: Manzanita |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

On 8-23-15 Wrote CO IV Mattos Asking For Copies OF 2 Inmate Letters, Sent Last Week, One On My Needed Medical Records Sent To Parole Board, One On D.O.C. Having My Record All Messed Up. I Am Not Imprisoned For Murder, Never Been Charged With Murder, Plus They Told Parole Board Last Time. D.O.C. Did, I Have Been Imprisoned 4 Time, When Its Been 3 Times. This Is My Copy And Copies This Time

| Inmate Signature | Date: 5/23/15 |
|---|---|

Have You Discussed This With Institution Staff? ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File

916-1



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| RICHARDS | 043000 |

| Institution/Unit |
|---|
| ASPC-T-MANZANITA |

| From | Location |
|---|---|
| COIII J. KOKEMOR # 5428 | ASPC-T-MANZANITA HOUSE 5 COIII OFFICE |

This informal resolution response is in regards to your informal dated 09/292/2015 about the decision from the board of executive clemency.

Per Department Order 802 Section

1.2 The following are not grievable under the Inmate Grievance Procedure:

1.2.2 Decisions of the Board of Executive Clemency.

I can understand that your upset with the parole boards hearing but there decision is not a grievance issue.

You may not file a formal grievance on this issue.
I will consider this issue resolved.
End of Response.

| Staff Signature | Date |
|---|---|
| | 9/29/2015 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

To; Board of Executive

From. Richard L. Richards #0.

9-7-15                    1

- Dear, Board Members
  I will try to keep this short as Po    le, There is a lot you need
To know and I have no other way to te i all of it.
  I learned my lesson the Second time imprisoned. I worked hard
For a life after prison. Four years, I fought fires, and worked on
Forest Crew. In 1996 I fell off a cliff as I worked for D.O.C. I had
A brain injury, broken neck, Ect. Ect. In 1998 I was imprisoned for
Something I did not do. 2 cops and cops wife. Said I tried to kill a officer
With his gun. I was the only one take to Hospital. I have never tried to
Hurt or kill anyone, In such bad shape now I can not walk without a
Walker. I am in such pain It is hard to even sleep, need hip replacement
  I wrote COIV Manitos and D.W. Days. Asking if they can help fix
What D.O.C. computer says I am imprisoned for. Also wrote Both
Of them and Medical more then once. Asking my records be sent
To the board before 9-28-15. D.O.C. Rep. At last board hearing.
Said I was imprisoned for Murder and 4 times. I have never
Even been charged with Murder. I was imprisoned twice, and
Guilty twice. I was a ── Hole when young But I had learned my
Lesson. Now imprisoned a third time for this Att. Murder charge
  I am in a medical building now. Because I am such severe pain
And unable to walk without a walker, I need a hip replacement and back
Surgery. The only proof I have of my medical condition. Is a referral
To TMC Orthopaedic and Surgical Tower, For left Acefabular fracture
The longer I go without surgery, the more severe the Hip pain Becomes,
Crizon will not replace hip or do back surgery. They say It Is Not
Life threating. So they give me a weak narcotic that dose
Little for this most severe pain of my life.
  I ask you (The Board) To tell Manzanita Medical. You need
The records they requested 4 weeks ago. From T.M.C. In June
                    Exhibit Y

2015; UMC And St. Marys July Of 2015. The Records Will Show [2]
I Need Hip Replacement And The Prescribed Medications I Was On.

Those Medical Records Will Show I Was On, Oxycodone, Morphine
And Lidocaine Patches, I Had 5 or 6 Patches On My Left Hip Thigh And Lower
Back When I Went To Give U.A. My P.O. Told Me To Bring My Prescription Bottles
To Show What I Am Taking, When I Get There, They Have Belly Chain Out Saying I Am Going
To Prison For Dirty U.A. of Cocaine. I Did No Cocaine! Tried To Tell P.O. I Am On All Kinds
Of Meds, It Has To Be One Of Them. He Said, Parole Board Said One Dirty U.A. You Go Back. See
If They Let You Out This Time.

I Am Alone And Have No Money, No One To Help Me Prove I Was Not Dirty For
Cocaine. The TASC Report In Small Print At Bottom Of Page. States TASC Recommeds
Confirming All Positive Drug Screens By LC/MS/MS or GC/AC Analysis. That Was
Not Done Just Took Me To Prison, Two Doctors, Real Doctors That Work For P.O.C. Dr.
Baily Told Me Lidocaine Has Cocaine In It. Dr Lucas ~~~~~~~~~~~~ Told Me
Yes, You Have To Fight This Dirty U.A. Physians Desk Reference 6ᵗʰ Ed. Page 612
I Was Able To Read. It States Lidocaine Has Some Narcotic In It, I Never
Knew Any Of This Before Imprisoned For This Dirty U.A. If The Dirty Drug Screen
Had Been Tested To Confirm As TASC Its Self Recommeds. It I am Sure Would
Have Shown It Was The Lidocaine Because I Did No Cocaine: How Can You Be
Imprisoned For A Dirty Drug Screen. When The Testing Recommeded By The
Screen Laboratory Is Not Even Done?

I Am 55 Years Old. I Will Not Receive The Medical Care I So
Desperately Need. Sending Me Back To Prison Twice Now Has Been The Most
Humiliating Thing In My Life. I Would Not Be Going Through This If I
Didnt Have Severe Pain And Medical Problems. I Would Rather Be Dead Then
Go Through This. Stuck In A Cell Without Ever Shoes Or Towel For Only
Trying To Get Medical Care I Need.

I Had 3 Doctors Approved For The Week I Was Put Back In Prison. One Was
To See A Surgeon For My Hip Replacement And Back Surgery   OVER→

I Will Lose My Insurance Soon If Kept Imprisoned. I Had 3 Done Everything I Needed To Do. To Get Surgery And Out Of This Pain. So Maybe I Could Have Some Kind Of Normal Life Before To Much Older. The Longer I Go Without The Surgery The Harder It Is To Walk And The Pain Is Unreal. I Cant Hardly Sleep From It.

I Have Till 2018 On Parole. I Wont Do A Thing Illegal. I Just Need A Chance To Get Well. P.O's To Understand How Bad Of Shape I Am In And The Medications I Am On. Please I Cant Live In This Pain. Crizon Is Here To Make Money Not To Help Prisoners.

Please. I Just Need A Chance To Get The Medical Care And Out Of This Crippling Pain. I Have Never Hurt Anyone And Never Will. I Will Not Ever Go Through This Again. Make Sure I And My P.O. Know What Is In My Medication. I Never Dreamed I Would Be Dirty For Cocaine From Lidocaine. Till I Was Imprisoned And Spoke To The Doctors (not Providers Real Doctors) Just Give Me A Chance To Get Well As I Possible Can And Off Pain Meds Of Anykind.

This Really Is Killing Me. Please. I Will Kill Myself Before I Come Back To Prison Again. I Just Cant Take Anymore Of This, Humiliation And Pain. I Have Spent To Many Years Imprisoned. I Did Work Hard So This Wouldnt Be My Life!

Sincerly
Richard

RICHARD L. RICHARDS
043000

P.S. Sent What Proof I Could And Show I Tried To Go Meh Records And Records Cleared Up



**CORIZON**
HEALTH

### Authorization for Release of Protected Health Information
Pursuant to 45 CFR Parts 160 & 164 (HIPAA) & 42 CFR Part 2 (Drug & Alcohol Abuse Law)

| Release from Corizon: | Release to: |
|---|---|
| Name/Facility:  Corizon | Name/Facility: _Board Of Executive Clemence_ |
| Address: | Address: _Central Office_ |
| Phone:          (480) 897-9515, extension 2513 | Phone: |
| Fax:             (480) 897-9605 | Fax: |
| Attention:      Medical Records | Attention: _Board Members_ |
|  | If family member, relationship: |

### PATIENT DEMOGRAPHICS

| | |
|---|---|
| Patient Name: _Richard L. Richards_ | ADC or Inmate Number: _643000_ |
| Alias: | Date of Birth: _60_ |
| Social Security Number: | Facility/Unit: _Tucson Manzanita_ |

### INFORMATION REQUESTED

I hereby authorize the above named provider to release the following confidential information to the person or entity named above (initial on lines provided if required):

| Written release of the following information: | | *Release of the items below requires the patient's initials.* |
|---|---|---|
| ☐ Entire Medical Record | ☒ Recent Hospitalization | |
| ☐ Medical & Physical History | ☐ Medication Records | ☐ HIV/AIDS Results ____ |
| ☐ Medical Progress Notes | ☐ Immunization History | ☐ STD Results ____ |
| ☐ Lab Reports | ☐ Eyeglass Prescription | ☐ Mental Health  Treatment ____ |
| ☐ Radiology Reports | ☐ Dental Records | ☐ Substance Abuse Treatment ____ |

☐ Other records (please be specific):
☐ Previous records (please be specific):
☒ Records for the period from _June_ to _July 2015_. If dates or details are not provided, copies of records may be limited to 6 months.

### CONSENT FOR RELEASE

I, or my authorized representative, request the disclosure of my protected health information as set forth on this form, in accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I understand that:

_RLR_ 1)  The information to be released or disclosed may include information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV), alcohol and drug abuse, or mental health treatment, only if I have placed my initials on the appropriate items listed above.

_RLR_ 2)  I understand that signing this authorization is voluntary. My treatment or payment for my treatment will not be conditioned upon my authorization for disclosure.

_RLR_ 3)  I have a right to revoke this authorization at any time by writing to the health care provider listed above, except to the extent information has been released in reliance upon this authorization.

_RLR_ 4)  I understand that the information disclosed pursuant to the authorization may be re-disclosed by the recipient and no longer protected by the federal privacy regulations.

This authorization shall be in force and in effect until 60 days from the date of execution, at which time this authorization expires.

All items on this form have been completed by me and all of my questions have been answered.

| | |
|---|---|
| Patient's Signature _R L R_ | Date/Time _9/17/15  9:00a_ |
| Witness Signature | Date/Time |

©Corizon Health, Inc. 2014      All rights reserved

**ARIZONA DEPARTMENT OF CORRECTIONS** 5B28

**Inmate Grievance**

| | |
|---|---|
| RECEIVED BY | John Wagner |
| TITLE | CO III |
| BADGE NUMBER 8161 | DATE (mm/dd/yyyy) 10-2-15 |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| RICHARDS RICHARD L | 043000 | 9/30/15 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| TUCSON MANZANITA | UNPROCESSED |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the inmate)

I AM GRIEVING THE FACT THE BOARD OF EXECUTIVE CLEMENCY, DENIED MY REINSTATMENT ON THE GROUNDS I HAD NO MEDICAL RECORDS TO PROVE WHAT I SAID. I DID EVERYTHING I POSSIBLY COULD TO GET THOSE RECORDS I EVEN WROTE THE BOARD, TOLD THEM MANZANITA PRISON WOULD NOT SEND RECORDS UNLESS PAROLE BOARD REQUESTED THEM. I ASKED THEY REQUEST RECORDS. I SENT BOARD COPIES OF MEDICAL RELEASE SO THEY COULD REQUEST THEM. BOARD MEMBER STATED, IF I HAD MY RECORDS IT WOULD BE A DIFFERENT STORY, IMPLYING REINSTATEMENT, I DID ALL I COULD TO GET RECORDS TO THEM. BECAUSE THEY DID NOT REQUEST THEM I STATE IMPRISON FOR TAKING PRESCRIBE MEDICATIONS

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I AM STILL TRYING TO GET RECORDS. BUT THE BOARD CAN REQUEST THEM FROM ST MARYS AND UMC HOSPITALS I SENT RELEASES TO THEM THEY (THE BOARD) DOSE NOT CARE MY CRIME FOR MEDICAL CARE AND LIFE THEY TOOK, I NEED TO BE REINSTATED BECAUSE I DID ALL I WAS ABLE TO DO TO GET THE RECORDS TO THEM

| Inmate's Signature | Date 9/30/8 | Grievance Coordinator's Signature D. Allan | Date 10/14/15 |
|---|---|---|---|

**Action taken by  Documentation of Resolution or Attempts at Resolution.**

Per policy DO 802 decisions of the Board of Executive Clemency are not grievable.

| Staff Member's Signature D. Allan | Badge Number 1040 | Date 10/22/15 |
|---|---|---|

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13

EXHIBIT 5

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue   Please print all information

| INMATE NAME *(Last, First M I) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Richards Richard L | 043000 | Tucson Manzanita | 9/29/15 |

**TO**
Co lll Kockmor

**LOCATION**
Manzanita

State briefly but completely the problem on which you desire assistance   Provide as many details as possible.

I Am Attempting To Informally Resolve The Following Problem.

Board Of Executive Clemency Denied Me Parole On 9/28/15. Because
I Had No Medical Records To Prove What Drugs I Was On Or What
Is Medically Wrong With Me.

All The Paperwork I Send With This Informal. Shows Everything
I Did To Try And Get Records To Board, I Am A Poor, Crippled
Person That Did All I Could To Get Records To Board. For Me To
Be kept Imprisoned Because I Was Unable To Get Records. I Will
Lose Everything Because The Board Would Not Let Me Out. They Stated
If I Had The Records That Would Be A Different Thing, So It Is Better
To Keep Me For God Knows How Long. With Broken Hip, Back Damage And
Let Me Out Someday With Nothing, Because I Cannot Get Records
I Did All I Could To Get Them Is Wrong.

Any Way To Resolve This Release Me

**INMATE SIGNATURE**

**DATE** *(mm/dd/yyyy)*
9/29/15

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:

802-11(e)
12/12/13

Distribution   Original - Inmate
Copy – Grievance Coordinator File

# Referral - 555402

Created On: 6/30/2015

**Patient**

Patient Phone: 520-409-2240
Patient ID 808649
DOB '60 Male

Payer/Plan:
**Mercy Care - Medicaid: > Medicaid
(AHCCCS) - Member ID A23424322**

**Richard Richards**
1402 S Tyndall Ave
Tucson, AZ 85713

## Referral Information

Referral #: 555402
Authorization #: NO AUTH REQ

Expiration Date: 6/30/2016

Maximum Visits: 99

**Reason for referral**
Left acetabular fracture EVAL & TREAT
CPT: 99245,99214 STAT
ICD: 808.0

**From**

**El Rio CHC - Primary Care - Broadway Clinic**
1101 E. Broadway, Tucson, AZ 85719
PH: 520-670-3909 FAX: 520-309-2560

Jennifer Eldred (NPI 1437492212)
Primary Care

**To**

Refered to Specialty: Orthopedic Surgery

**Tucson Orthopaedic Institute (non-Research) - East**
TMC Orthopaedic and Surgical Tower, First Floor, 5301 E Grant, Tucson, AZ 85712
PH: 520-784-6200 FAX: 520-784-6149

## Appointment

Please call patient to set appointment.

## Comments

On 07/01/2015 at 12:11 AM
Bertha Parson wrote:
1 Attachment
RICHARDS.pdf

EXHIBIT 6